**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16-52560-JRS |
| CHARLENE DENISE MCCALLA, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR APPROVAL**

    Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

    The Debtor needs to increase her payment to cure the term problem caused by the delinquency in her plan payments.

    Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court July 19, 2016, as follows:

    Paragraph 2 of the Plan is modified to **delete: Plan Payments and Length of Plan**. Debtor will pay the sum of $370.00 per month to Trustee by [X] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of 36 months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

    Paragraph 2 of the Plan is modified to **add: Plan Payments and Length of Plan**. Debtor will pay the sum of $466.00 per month to Trustee by [X] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of 36 months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

Dated: March 26, 2018 /s/
Charlene Denise McCalla

/s/
Richard Merritt
GA Bar No. 142168
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: )
)  CASE NO.  16-52560-JRS
CHARLENE DENISE MCCALLA, )
)  CHAPTER 13
Debtor. )

NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modifications you are receiving with this Notice of have recently received by mail.  Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **March 26, 2018.** If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
Room 1340 United States Courthouse
Richard B. Russell Building
75 Ted Turner Dr., SW
Atlanta, Georgia 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

Charlene Denise McCalla
PO Box 360155
Decatur GA 30036

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **April 24, 2018, at 10:15 am** in **Courtroom 1404**, U.S. Courthouse, 75 Ted Turner Dr., Atlanta, Georgia. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated: March 26, 2018

/s/
Charlene Denise McCalla


/s/
Richard Merritt
GA Bar No. 142168
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

Charlene Denise McCalla
PO Box 360155
Decatur GA 30036

(Plus to all creditors on attached Creditor Mailing Matrix)

This the 26th day of March, 2018.

                                                /s/
                                                Richard Merritt
                                                GA Bar No. 142168
                                                Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing          AT&T                                    Afni
113E-1                                   PO Box 105503                           1310 Martin Luther King Dr
Case 16-52560-jrs                        Atlanta, GA 30348-5503                  Bloomington, IL 61701-1465
Northern District of Georgia
Atlanta
Mon Mar 26 08:17:39 EDT 2018

American InfoSource LP as agent for      Amsher Collection Service               Auto Loan Finders
T Mobile/T-Mobile USA Inc                600 Beacon Pkwy West                    1800 Sandy Plains Ind. Pkwy
PO Box 248848                            Suite 300                               Suite 320
Oklahoma City, OK  73124-8848            Birmingham, AL 35209-3114               Marietta, GA 30066-6363


(p)BB AND T                              Bank of America                         Matthew Thomas Berry
PO BOX 1847                              PO Box 26012                            Matthew T. Berry & Associates
WILSON NC 27894-1847                     Greensboro, NC 27420-6012               Suite 600
                                                                                 2751 Buford Highway, NE
                                                                                 Atlanta, GA 30324-5457

(p)GUARANTY BANK                         (p)CAPITAL ONE                          Car Finance Capital
4000 W BROWN DEER ROAD                   PO BOX 30285                            2 Venture #430
LOAN ADMINISTRATION                      SALT LAKE CITY UT 84130-0285            Irvine, CA 92618-7409
BROWN DEER WI 53209-1221


Chase                                    Comcast                                 Comenity Capital Bank/HSN
800 Brooks Edge Blvd                     PO Box 530099                           PO Box 182125
Westerville, OH 43081-2822               Atlanta, GA 30353-0099                  Columbus, OH 43218-2125


Dekalb County Water                      (p)DELTA COMMUNITY CREDIT UNION         Delta Credit Union
1300 Commerce Drive                      PO BOX 20541                            1025 Virginia Ave
Decatur, GA 30030-3214                   ATLANTA GA 30320-2541                   Atlanta, GA 30354-1319


(p)DIRECTV LLC                           Dish                                    Diversified Consultant
ATTN BANKRUPTCIES                        PO Box 6631                             P O Box 551268
PO BOX 6550                              Englewood, CO 80155-6631                Jacksonville, FL 32255-1268
GREENWOOD VILLAGE CO 80155-6550


Matthew Joshua Dyer                      First Premier Bank                      Gas South
Matthew T. Berry & Associates            601 S Minnesota Ave                     PO Box 16025
2751 Buford Highway NE                   Sioux Falls, SD 57104-4868              Columbus OH 43216
Suite 600
Atlanta, GA 30324-5457

Georgia Department of Human Services     Georgia Dept of Labor                   Georgia Dept. of Labor
2 Peachtree St NW                        Overpayment Unit                        Suite 826
#30-447                                  PO Box 3433                             148 Andrew Young Inter. Blvd., NE
Atlanta, GA 30303-3141                   Atlanta GA 30302-3433                   Atlanta GA 30303-1751


Georgia Dept. of Labor                   Georgia Power                           Hughes Network Systems
Suite 910                                241 Ralph McGill Blvd                   PO Box 96874
148 Andrew Young Inter. Blvd., NE        Atlanta, GA 30308-3374                  Chicago, IL 60693-6874
Atlanta GA 30303-1751
```

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lamar Cody<br>3374 Glenwood Rd.<br>Decatur, GA 30032-4276 |
| Macy's<br>PO Box 183083<br>Columbus, OH 43218-3083 | Charlene Denise McCalla<br>PO Box 360155<br>Decatur, GA 30036-0155 | Newnan Utilities<br>70 Sewell Road<br>Newnan, GA 30263-2638 |
| O.W. Garner<br>2732 Jodeco Circle<br>Jonesboro, GA 30236-5329 | Carrie L Oxendine<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Public Storage<br>3748 Covington Highway<br>Decatur, GA 30032-2529 | QVC<br>QVC Studio Park<br>West Chester, PA  19380 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Receivable Recovery Se<br>110 Veterans Blvd<br>Metairie, LA 70005-3027 | Eric W. Roach<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>303 Peachtree Center Ave.<br>Suite 120<br>Atlanta, GA 30303-1286 |
| (p)SCANA AND SUBSIDIARIES<br>220 OPERATION WAY<br>MAIL CODE C 222<br>CAYCE SC 29033-3701 | Scana Energy Marketing<br>3344 Peachtree Rd Ne Ste<br>Atlanta, GA 30326-4808 | Susan H. Shiptenko<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway<br>Atlanta, GA 30324-5457 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Stallings Financial Group<br>PO Box 4430<br>Marietta, GA 30061-4430 | Target Credit Card<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 |
| Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Kelly D. Thomas<br>Matthew T. Berry and Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | U-Haul<br>4360 Covington Highway<br>Decatur, GA 30035-1208 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | US Auto Sales<br>6252 Memorial Drive<br>Stone Mountain, GA 30083-2809 | Verizon<br>500 Technology Pkwy<br>Suite 550<br>Weldon Spring, MO 63304-2225 |
| Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | W.S. Badcock Corp.<br>P.O. Box 724<br>Mulberry, FL 33860-0724 | Wells Fargo<br>PO Box 48724<br>Kansas City, MO  64188 |

```
Wells Fargo Bank                                Nancy J. Whaley
PO Box 5058 MAC P6053-021                       Nancy J. Whaley, Standing Ch. 13 Trustee
Portland, OR 97208-5058                         303 Peachtree Center Avenue
                                                Suite 120, Suntrust Garden Plaza
                                                Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T                                Best Bank                               Capital One
PO Box 1793                         Customer Retention Dept                 15000 Capital One Dr
Charleston, WV  25326               PO Box 240200                           Richmond, VA 23238
                                    Milwaukee, WI  53224


Delta Community Credit Union        Directv                                 Jefferson Capital Systems LLC
P.O. Box 20541                      PO Box 538605                           PO Box 7999
Atlanta, GA 30320-2541              Atlanta, GA  30353                      St Cloud MN 56302-9617


Portfolio Recovery                  (d)Portfolio Recovery Associates, LLC   SCANA Energy Marketing, Inc. dba SCANA Energ
PO Box 41067                        POB 41067                               220 Operation Way, Mail Code C222
Norfolk, VA  23541                  Norfolk VA 23541                        Cayce, SC  29033-3701


Sprint                              (d)Sprint Corp.                         End of Label Matrix
PO Box 4191                         Attn Bankruptcy Dept                    Mailable recipients    61
Carol Stream, IL  60197             PO Box 7949                             Bypassed recipients     0
                                    Overland Park KS 66207-0949             Total                  61
```